# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 1:22-CV-191<br>)<br>) |
| v. | )<br>) |
| SAARGUMMI TENNESSEE, INC., | )<br>) |
| Defendants. | )<br>)<br>) |

## PLAINTIFF VOLKSWAGEN GROUP OF AMERICA, CHATTANOOGA OPERATIONS, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Volkswagen Group of America Chattanooga Operations, LLC, makes the following disclosures:

Plaintiff Volkswagen Group of America Chattanooga Operations, LLC is a Tennessee limited liability company. The sole member of VW Chattanooga is Volkswagen Group of America, Inc., a privately held corporation incorporated in New Jersey and with a principal place of business in Herndon, Virginia.

Volkswagen Group of America, Inc. is a wholly owned subsidiary of Volkswagen AG, a publicly traded German corporation headquartered in Wolfsburg, Germany.

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

By:/s/*Timothy M. Gibbons*
Timothy M. Gibbons, BPR# 014860
Catherine Dorvil, BPR# 034060
Logan C. Threadgill, BPR# 034470
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Telephone: (423) 756-3000
Facsimile: (423) 265-9574
Email: tgibbons@chamblisslaw.com
cdorvil@chamblisslaw.com
lthreadgill@chamblisslaw.com
*Counsel for Volkswagen Group of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2022, a copy of the foregoing *CERTIFICATE OF NOTICE PURSUANT TO FED. R. CIV. P. 65(b)(1)(b)* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via FedEx overnight delivery. Parties may access this filing through the Court's electronic filing system.

SaarGummi Tennessee, Inc.
c/o Corporation Service Company, Registered Agent
Attn: Bryan Gillit
200 Commerce Way
Pulaski, TN 38478

Pachulski Stang Ziehl & Jones, LLP
Laura Davis Jones
919 North Market Street, 17th Floor
Wilmington, DE 19899
Email: ljones@pszjlaw.com

By:/s/ *Timothy M. Gibbons*