

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA

Case #: 1:22-cv-191                   Date: July 19, 2022

Volkswagen Group of America Chattanooga Operations, LLC    vs.    Saargummi Tennessee, Inc.

**PROCEEDINGS**: **TRO Hearing.** Due to the timing of this hearing, the Court provisional admitted defense counsel to participate. Should they continue to represent the Defendant, Attorneys O'Neill and Orgel are to file appropriate notice and/or motion to properly proceed in this case. Arguments heard. The Court denied the TRO. An In Person Preliminary Injunction Hearing is set for July 26, 2022 at 2:00 p.m. in Courtroom 1A – Knoxville. All briefing is to be filed by 7/22/2022 at 5:00 p.m. Order to follow.

---

THE HONORABLE CHARLES E. ATCHLEY, JR., UNITED STATES DISTRICT JUDGE

---

Jason Huffaker                                                          Kara Nagorny
**Deputy Clerk**                                                         **Court Reporter**

Timothy M. Gibbons/Cathy S. Dorvil                 James O'Neill/Rob Orgel
**Attorneys for Plaintiff**                                     **Attorneys for Defendant**

3:03 – 3:46
4:10 – 4:14