IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-00191 |
| v. | ) ) ) |
| SAARGUMMI TENNESSEE, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW J. Chadwick Hatmaker and the law firm of Woolf, McClane, Bright, Allen & Carpenter, PLLC, and hereby enters his appearance for Defendant Saargummi Tennessee, Inc.. and requests that the Clerk of Court enter said appearance into the record of the above-referenced proceeding.

Respectfully submitted this 21st day of July, 2022.

                                       **WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC**

                              By:  */s/ J. Chadwick Hatmaker*
                                  J. Chadwick Hatmaker (BPR 018693)

                                  900 Riverview Tower
                                  900 S. Gay Street
                                  Knoxville, TN 37902
                                  Telephone: (865) 215-1000
                                  Facsimile: (865) 215-1001
                                  E-Mail: chatmaker@wmbac.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

By: */s/ J. Chadwick Hatmaker*
J. Chadwick Hatmaker, BPR 018693