UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 1:22-cv-191 |
| v. | ) ) ) | Judge Atchley |
| | ) | Magistrate Judge Steger |
| SAARGUMMI TENNESSEE, INC., | ) ) | |
| *Defendant*. | ) | |

## ORDER

Before the Court is the Joint Motion to Continue Hearing on Preliminary Injunction [Doc. 15]. The parties represent that they are working in good faith to resolve their dispute and request a seven-day continuance of the preliminary injunction hearing until August 2, 2022, or as soon thereafter as they can be heard. The parties also proposed revised dates for briefing and exchange of exhibits.

For good cause shown and based on the agreement of the parties, the Joint Motion to Continue Hearing on Preliminary Injunction [Doc. 15] is **GRANTED**. The Court will hold a hearing on Plaintiff's request for preliminary injunction on **August 2, 2022,** at **10:00 a.m.** before the United States District Judge, Courtroom 1A, Howard H. Baker, Jr. United States Courthouse, 800 Market Street, Knoxville, Tennessee.

Plaintiff shall submit briefing on the Motion for Preliminary Injunction [Doc. 3] **by 5:00 p.m. ET** on **July 27, 2022**. Defendant's briefing shall be submitted by **5:00 p.m. ET** on **July 29, 2022**. On or before **July 29, 2022**, at **10:00 a.m.** the parties **SHALL** exchange copies of all exhibits each side intends to introduce at the hearing. The parties are **FURTHER ORDERED** to confer regarding any evidentiary disputes in advance of the hearing.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE**