

PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
HOUSTON, TX

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302.652.4100
FACSIMILE: 302.652.4400

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

**TELEPHONE:** 310.277.6910
FACSIMILE: 310.201.0760

SAN FRANCISCO
ONE MARKET PLAZA, SPEAR TOWER
40th FLOOR, SUITE 4000
SAN FRANCISCO
CALIFORNIA 94105-1020

**TELEPHONE:** 415.263.7000
FACSIMILE: 415.263.7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212.561.7700
FACSIMILE: 212.561.7777

TEXAS
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002-1062

**TELEPHONE:** 713.691.9385
FACSIMILE: 713.691.9407

WEB: www.pszjlaw.com

Laura Davis Jones  July 8, 2022  302.778.6401
ljones@pszjlaw.com

<u>**Via E-mail and First Class Mail**</u>

Inga von Seelen
Senior Vice President Purchasing
Volkswagen Group of America, Inc.
inga.vonseelen@vw.com
Chattanooga Operations LLC
8001 Volkswagen Drive,
Chattanooga, TN 37416 USA

Re: **<u>SaarGummi Tennessee Inc.</u>**

Dear Ms. Von Seelen:

SaarGummi Tennessee Inc. ("<u>SaarGummi U.S.</u>") and its affiliates look forward to continuing to work with Volkswagen and its other customers in supplying automotive parts in accordance with prior agreements. Nonetheless, external factors, including the war in Ukraine and the continuing COVID-19 pandemic (and related government orders regulating the movement and gathering of people issued in response), have caused unprecedented disruptions to, and impacts upon, SaarGummi U.S. and its affiliates in their efforts to continue producing and delivering to their customers, *inter alia*, certain sealing systems (the "<u>Parts</u>").

As a result of such external factors, SaarGummi U.S. and its affiliates have been working with and negotiating with Volkswagen and its affiliates and with other customers with respect to the terms of sale of such Parts. In addressing, among other things, the circumstances caused by these external factors, SaarGummi U.S. has appointed Richard Mizak to serve as its Chief Restructuring Officer ("<u>CRO</u>") and, as of June 21, 2022, has retained Pachulski Stang Ziehl & Jones LLP as its legal counsel.

DOCS_LA:344105.6 RBO/002



Key to the afore-described negotiations was obtaining unanimous support for the negotiated terms from all key customers of SaarGummi. To date, Volkswagen, however has elected not to support a negotiated settlement at the level needed to make resolution possible.

When Volkswagen was faced with what it termed a "global semiconductor shortage," Volkswagen Group of America Chattanooga Operations LLC ("VW–U.S.") sent a notice in May 2021 modifying the relevant agreements. It explained:

> *Under the prevailing Terms and Conditions which describe our business relationship, we are authorized to declare Force Majeure. The applicable Force Majeure policy within the Terms and Conditions generally states, any delay or failure of either party to perform its obligations will be excused if and to the extent that the party is unable to perform due to an event or occurrence beyond its reasonable control and without its fault or negligence.*

SaarGummi U.S. considers the relevant external factors as to its production and delivery of the Parts as described as: being other than matters of mere market conditions, supplier actions, contract disputes, labor strikes, or other labor disruptions; being beyond its reasonable control; and existing without its fault or negligence. SaarGummi U.S. views these external factors as authorizing it to declare Force Majeure under the existing agreements and we anticipate possible interruptions in deliveries for current and new programs. Moreover, and regardless, SaarGummi U.S. assesses these external factors as impediments that undermine basic assumptions in the underlying contracts and thereby potentially discharge the obligation to produce and deliver the Parts listed on Exhibit 1 or make their continued production and delivery in accordance with the underlying agreements commercially impractical and impossible, as well as untenable as a business matter.



Inga von Seelen
July 8, 2022
Page 3

Very truly yours,

   _/s/ Laura Davis Jones_
Laura Davis Jones
Partner
Pachulski Stang Ziehl & Jones LLP

LDJ

cc:    Richard Mizak (via email – Rich.Mizak@saargummi.com )
       Leticia Lizardo (via email – Leticia.Lizardo@saargummi.com )
       Michael Werle (via email – Michael.Werle@saargummi.com )

       James O'Neill (via email – JOneill@pszjlaw.com )
       Robert Orgel (via email – ROrgel@pszjlaw.com )