

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
HOUSTON, TX

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302.652.4100
FACSIMILE: 302.652.4400

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

**TELEPHONE:** 310.277.6910
FACSIMILE: 310.201.0760

SAN FRANCISCO
ONE MARKET PLAZA, SPEAR TOWER
40th FLOOR, SUITE 4000
SAN FRANCISCO
CALIFORNIA 94105-1020

**TELEPHONE:** 415.263.7000
FACSIMILE: 415.263.7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212.561.7700
FACSIMILE: 212.561.7777

TEXAS
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002-1062

**TELEPHONE:** 713.691.9385
FACSIMILE: 713.691.9407

WEB: www.pszjlaw.com

Laura Davis Jones

July 13, 2022

302.778.6401
ljones@pszjlaw.com

**Via E-mail and First Class Mail**

Inga von Seelen
Senior Vice President Purchasing
Volkswagen Group of America, Inc.
inga.vonseelen@vw.com
Chattanooga Operations LLC
8001 Volkswagen Drive,
Chattanooga, TN 37416 USA

      Re:    **SaarGummi Tennessee Inc.**

Dear Ms. Von Seelen:

Due to the continued absence of the necessary cooperation and support from Volkswagen needed to address the problems and issues set forth in my attached letter to you of July 8, 2022 (the "Prior Notification"), SaarGummi Tennessee Inc. ("SaarGummi U.S.") hereby advises Volkswagen that for the reasons set forth in the Prior Notification and on the bases set forth therein, as of Monday, July 18, 2022, SaarGummi U.S. will stop producing and delivering to Volkswagen the sealing systems described in the attached exhibit to the Prior Notification (the "Parts").

Further, SaarGummi U.S. demands that Volkswagen immediately pay $846,000 U.S. due pursuant to invoice number 90817 for purchase order 6000214496 from February 18, 2022. Regardless of Volkswagen remedying such contributing breach,



Inga von Seelen
July 13, 2022
Page 2

however, SaarGummi U.S. is declaring Force Majeure consistent with the Prior Notification and undertaking the cessation of production and delivery of Parts for the reasons set forth above.

Very truly yours,

_/s/ Laura Davis Jones_
Laura Davis Jones
Partner
Pachulski Stang Ziehl & Jones LLP

LDJ

Encl.
cc: Richard Mizak (w/encl.) (via email – Rich.Mizak@saargummi.com )
Leticia Lizardo (w/encl.) (via email – Leticia.Lizardo@saargummi.com )
Michael Werle (w/encl.) (via email – Michael.Werle@saargummi.com )
James O'Neill (w/encl.) (via email – JOneill@pszjlaw.com )
Robert Orgel (w/encl.) (via email – ROrgel@pszjlaw.com )