IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:22-CV-191 |
| SAARGUMMI TENNESSEE, INC., | ) ) | Judge Atchley |
| Defendants. | ) ) ) | Magistrate Judge Steger |

## SECOND JOINT MOTION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION

Plaintiff Volkswagen Group of America Chattanooga Operations, LLC ("VW"), and Defendant SaarGummi Tennessee, Inc. ("SaarGummi") (collectively, the "Parties") respectfully move for a second continuance of the hearing (the "Hearing") on the VW's Motion for Preliminary Injunction (Doc. 3) set for August 2, 2022 at 2 p.m. (Doc. 16).

On July 29, 2022, the Parties memorialized in writing a Letter of Intent, which gives the Parties and their affiliates until the end of August to come to, *inter alia*, an agreement as to proposed payments to SaarGummi relating to the Parts, and an agreement for go-forward pricing and continued supply of the Parts contingent on reaching agreement as to, *inter alia*, the certain payments to SaarGummi relating to the Parts. Therefore, the Parties request a continuance of the Hearing until September 1, 2022, or as soon thereafter as counsel can be heard. VW has already filed supplemental briefing on its Motion, and SaarGummi will file its response by 5 p.m. today. The Parties agree that on Monday, August 29, 2022 by 5 p.m., or three business days before the Hearing, whichever comes later, VW and SaarGummi may file supplemental briefs addressing

any new issues that arise and shall exchange copies of all exhibits each side intends to introduce into evidence at the Hearing.

WHEREFORE, the Parties respectfully request that this Court grant the Parties' motion and (a) adjourn the Hearing to September 1, 2022, or to a date as soon thereafter as counsel can be heard, and (b) set a deadline of 5 p.m. three business days before the Hearing for the parties to file supplemental briefs and exchange copies of all exhibits each side intends to introduce into evidence at the Hearing.

This the 29th day of July, 2022.

Respectfully submitted,

**CHAMBLISS, BAHNER & STOPHEL, P.C.**

By: /s/*Catherine Dorvil*
    Timothy M. Gibbons, BPR# 014860
    Cathy S. Dorvil, BPR# 034060
    Logan C. Threadgill, BPR# 034470
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Telephone: (423) 756-3000
Facsimile: (423) 265-9574
Email: tgibbons@chamblisslaw.com
       cdorvil@chamblisslaw.com
       lthreadgill@chamblisslaw.com

*Counsel for Volkswagen Group of America Chattanooga Operations, LLC*

**WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC**

By: */s/Chadwick Hatmaker*
    W. Kyle Carpenter (BPR 005332)
    J. Chadwick Hatmaker (BPR 018693)
900 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902
Telephone: (865) 215-1000
Facsimile: (865) 215-1001
E-Mail: kcarpenter@wmbac.com
          chatmaker@wmbac.com

~ And ~

**PACHULSKI STANG ZIEHL & JONES, LLP**

John A. Morris, *admitted pro hac vice*
James O'Neill, *admitted pro hac vice*
Rob Orgel, *admitted pro hac vice*
919 North Market Street, 17th Floor
Wilmington, DE 19899
Telephone: (302) 652-4100
jmorris@pszjlaw.com
JONeill@pszjlaw.com
rorgel@pszjlaw.com

*Counsel for Saargummi Tennessee, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2022, a copy of the foregoing **SECOND JOINT MOTION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                        By: */s/Catherine Dorvil*